IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SLEZAK,<br><br>    Plaintiff,<br><br> v.<br><br>TCIF, et al.,<br><br>    Defendants             / | No. C-05-3537 MMC<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO SERVE DEFENDANTS; CONTINUING CASE MANAGEMENT CONFERENCE** |

      Before the Court is plaintiff's request, filed January 11, 2006, to continue the case management conference, currently scheduled for January 13, 2006. Plaintiff states that he has not yet served defendants, but that he will serve defendant Select Portfolio Servicing ("SPS") within one week and that he is still determining the location of defendant TCIF.

      Given that defendants have not been served, there is no reason to conduct a case management conference. Consequently, the Court will continue the case management conference, and will set a deadline by which plaintiff must serve defendants.

      Accordingly, plaintiff is hereby ORDERED to serve defendants with a summons and a copy of the complaint no later than February 10, 2006, and to file proof of such service no later than February 17, 2006. If plaintiff fails to serve defendants within the time provided, the Court will dismiss plaintiff's claims against any non-served defendant without prejudice. See Fed. R. Civ. P. 4(m).

1  The case management conference is CONTINUED to March 31, 2006; a joint case management conference statement shall be filed no later than March 24, 2006.

Plaintiff is ORDERED to serve a copy of this order with the summons and complaint.

**IT IS SO ORDERED.**

Dated: January 12, 2006

MAXINE M. CHESNEY
United States District Judge