IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SLEZAK,

    Plaintiff,

v.

TCIF, et al.,

    Defendants
                               /

No. C-05-3537 MMC

**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT TCIF**

By order filed January 12, 2006, the Court ordered plaintiff to serve defendants Select Portfolio Servicing ("SPS") and TCIF with a summons and copy of the complaint no later than February 10, 2006, and to file proof of service no later than February 17, 2006. Additionally, the Court gave plaintiff notice that if he failed to serve defendants within the time provided, the Court would dismiss plaintiff's claims against any non-served defendant without prejudice.

To date, plaintiff has not filed proof of service on defendant TCIF.[1] Accordingly, plaintiff's claims against TCIF are hereby DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: February 27, 2006

                                                  MAXINE M. CHESNEY
                                                 United States District Judge

---

[1] Additionally, plaintiff has not filed proof of service on SPS. SPS, however, has appeared by filing a motion to dismiss, in which SPS does not challenge the sufficiency of service. Consequently, it appears plaintiff has accomplished service on SPS.