IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SLEZAK,<br><br>        Plaintiff,<br>  v.<br>TCIF, et al.,<br><br>        Defendants<br>_____/ | No. C-05-3537 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ELECTRONIC CASE FILING** |

     Before the Court is plaintiff Richard Slezak's Request for Electronic Case Filing, filed March 15, 2006, by which plaintiff requests leave to file documents in the above-titled action electronically.

     Good cause appearing, plaintiff's request is hereby GRANTED, provided that plaintiff must first register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. If plaintiff completes the requisite registration, the Court will assign the case to the Electronic Case Filing Program, pursuant to General Order No. 45.

     **IT IS SO ORDERED.**

Dated: March 29, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge