IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SLEZAK,<br><br>        Plaintiff,<br>  v.<br><br>TCIF, et al.,<br><br>        Defendants<br>_____ / | No. C-05-3537 MMC<br><br>**ORDER VACATING MAY 19, 2006 HEARING; VACATING MAY 12, 2006 CASE MANAGEMENT CONFERENCE** |

      Before the Court is defendants' motion, filed April 13, 2006, to dismiss plaintiff's First Amended Complaint. The motion is scheduled for hearing May 19, 2006. See Clerk's Notice, filed April 18, 2006; Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, plaintiff has not filed an opposition or other response.

      Accordingly, the Court deems the motion to dismiss submitted on the moving papers and hereby VACATES the hearing scheduled for May 19, 2006.

      In light of the pending motion to dismiss, the Court hereby VACATES the case management conference scheduled for May 12, 2006. The case management conference will be reset, if necessary, after the Court has ruled on the motion to dismiss.

      **IT IS SO ORDERED.**

Dated: May 3, 2006

                                                  MAXINE M. CHESNEY<br>                                                  United States District Judge