IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SLEZAK, | No. C-05-3537 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR DECLARATORY RELIEF** |
| v. | |
| TCIF, et al., | |
| Defendants / | |

   Before the Court is plaintiff's motion for declaratory relief, filed June 23, 2006. Defendants TCIF and Select Portfolio Servicing have filed opposition, to which plaintiff has replied.

   Having reviewed the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers. Accordingly, the Court hereby VACATES the hearing scheduled for July 28, 2006 and takes the matter under submission.

   **IT IS SO ORDERED.**

Dated: July 19, 2006

MAXINE M. CHESNEY
United States District Judge