IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SLEZAK,

    Plaintiff,

v.

TCIF, et al.,

    Defendants

No. 03-3537 MMC

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR NEW TRIAL OR FOR RECONSIDERATION**

The Court is in receipt of plaintiff's "Motion for New Trial, Motion for Reconsideration from the Court Order Filed Aug 23, 2006 Granting Defendants' Motion to Dismiss Construed as a Summary Judgment; Denying Plaintiff's Motion for Summary Judgment," filed September 5, 2006.

Plaintiff did not notice the matter for hearing on the Court's calendar, and, instead has requested the Court set a briefing schedule. Accordingly, the Court hereby sets the following schedule:

    1. Defendants' opposition shall be filed no later than September 29, 2006.

    2. Plaintiff's reply, if any, shall be filed no later than October 12, 2006.

    3. Unless the parties are otherwise notified, the matter will stand submitted as of October 12, 2006.

**IT IS SO ORDERED.**

Dated: September 8, 2006

MAXINE M. CHESNEY
United States District Judge