United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD SLEZAK,                        No. 03-3537 MMC

12            Plaintiff,                     **ORDER DENYING PLAINTIFF'S MOTION
                                             FOR ORDER DENYING NEGATIVE
13      v.                                   CREDIT REPORTING AND
                                             FORECLOSURES/SALES OF
14   TCIF, et al.,                           PLAINTIFF'S PROPERTY**

15            Defendants
     _____/
16

17        By order filed August 23, 2006, the Court granted defendants' motion to dismiss,

18   construed as a motion for summary judgment, and, on August 23, 2006, the Clerk entered

19   judgment thereon.  By order filed March 28, 2007, the Court denied plaintiff's motion for

20   reconsideration.

21        The Court is now in receipt of plaintiff's "Motion for Order Denying Negative Credit

22   Reporting and Foreclosures/Sales of Plaintiff's Property," filed April 10, 2007, by which

23   plaintiff seeks an order prohibiting defendants from taking the action identified in the title of

24   the motion "for 30 days and/or an appeals [sic] is final whichever is later."  The Court

25   construes plaintiff's motion as a motion to stay the judgment pending appeal, pursuant to

26   Rule 8(a)(1) of the Federal Rules of Appellate Procedure.  So construed, the motion is

27   hereby DENIED, for the reason plaintiff has failed to show any likelihood of success on the

28   merits of an appeal, let alone the existence of a serious question.  See Lopez v. Heckler,

713 F. 2d 1432, 1435 (9th Cir. 1983) (holding party seeking stay pending appeal must show either "probability of success on the merits and the possibility of irreparable injury" or that "serious questions are raised and that the balance of hardships tips sharply in [his] favor").  Moreover, plaintiff has failed to file proof of service of the motion on defendants, and has not shown good cause exists to consider the motion on an ex parte basis.

**IT IS SO ORDERED.**

Dated: April 13, 2007

MAXINE M. CHESNEY
United States District Judge